*The Honorable Thomas S. Zilly*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON ECHON MASANGKAY,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF RENTON, a Municipal Corporation; CITY OF RENTON POLICE DEPARTMENT; K.C. WATKINS, individually and in his official capacity as a member of the Renton Police Department, "JOHN DOE 1-4" UNKNOWN OFFICERS OF THE RENTON POLICE DEPARTMENT, individually and in their official capacity as a members of the Renton Police Department; RON S. HAIMAN, individually and as a member of the Society of Counsel Representing Accused Persons (SCRAP), a Washington Nonprofit Corporation; SOCIETY OF COUNSEL REPRESENTING ACCUSED PERSONS (SCRAP), a Washington Nonprofit Corporation,<br><br>    Defendants. | No. CV05-1378 TSZ<br><br>**ORDER GRANTING DEFENDANTS RONALD HEIMAN AND SCRAP'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER, having come on before the above-entitled Court upon the motion of the Defendants Ronald Heiman and Society of Counsel Representing Accused Persons ("Heiman" and "SCRAP") requesting summary judgment dismissal of Plaintiff's claim against them, and this Court finding that summary judgment dismissal is appropriate, and finding the motion should be granted, it is now, therefore

ORDER GRANTING DEFENDANTS RONALD HEIMAN
AND SCRAP'S MOTION FOR SUMMARY JUDGMENT - 1
CV05-1378 TSZ

**HOLLAND & KNIGHT**
2600 Pike Tower
520 Pike Street
Seattle, Washington  98101
Telephone:  (206) 340-1825
Fax:  (206) 623-4363

1  ORDERED Defendants Ronald Heiman and SCRAP's motion for summary judgment is
2  hereby GRANTED.  See Polk County v. Dodson, 454 U.S. 312, 315 (1981) (a public defender
3  does not act under state law).

4  FURTHER ORDERED that all claims against Defendants Ronald Heiman and Society of
5  Counsel Representing Accused Persons (SCRAP) are DISMISSED with prejudice.

6  IT IS SO ORDERED this 20th day of March, 2006.

```
                                    s/ Thomas S. Zilly
                                    _____
                                    THE HONORABLE THOMAS S. ZILLY
                                    United States District Court Judge
```

HOLLAND & KNIGHT LLP

_____
David R. Ebel, WSBA No. 28853
Attorneys for Defendants RONALD S.
HEIMAN and SCRAP

# 3324356_v1

ORDER GRANTING DEFENDANTS RONALD HEIMAN
AND SCRAP'S MOTION FOR SUMMARY JUDGMENT - 2
CV05-1378 TSZ

**HOLLAND & KNIGHT**
2600 Pike Tower
520 Pike Street
Seattle, Washington 98101
Telephone: (206) 340-1825
Fax: (206) 623-4363